UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THE SEARCH AGENCY, | ) No.:2:14-CV-01054-GHK-MRW |
| Plaintiff, | ) [PROPOSED] ORDER APPROVING JOINT STIPULATION TO DISMISS THE CASE |
| v. | |
| LORI SCIALABBA, Acting Director of the USCIS | |
| | ) Hon. George H. King |
| Defendant. | |

JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

[PROPOSED] ORDER

1. On April 1, 2014, USCIS accepted the I-140 Petition submitted by Plaintiff and issued a receipt number LIN1412450003 indicating that Plaintiff's I-140 Petition was accepted by USCIS as timely filed on April 22, 2013.

2. The parties in the above-titled case agree that based on the reasons outlined in the "Joint Stipulation of Dismissal Based on the Parties Agreement to Settle the Case," which was filed concurrently with the instant order, no further litigation is necessary in the case.

3. This action is DISMISSED with prejudice. Each side shall bear its own attorney's fees and costs.

IT IS SO ORDERED:

DATE: 4/9/14

_____
United States District Judge